Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 19−34032−RG
                                      Chapter: 13
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose L. Lecour | Nanine R. Lecour |
| 58 Wellington Ave. | aka Nanine R. Tucker |
| West Orange, NJ 07052 | 58 Wellington Ave. |
| | West Orange, NJ 07052 |

Social Security No.:
   xxx−xx−6128                                              xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/31/19 and a confirmation hearing on such Plan has been scheduled for 4/1/20.

The debtor filed a Modified Plan on 3/27/20 and a confirmation hearing on the Modified Plan is scheduled for 5/6/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 30, 2020
JAN: lc

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-34032-RG
Jose L. Lecour                                                          Chapter 13
Nanine R. Lecour
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 30, 2020
                              Form ID: 186             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db/jdb         +Jose L. Lecour,    Nanine R. Lecour,    58 Wellington Ave.,    West Orange, NJ 07052-4552
518642847      +AR RESOURCES INC,    1777 SENTRY PKWY W,    Blue Bell, PA 19422-2206
518642848      +ASSOCIATES IN OTOLARYNGOLOGY,    741 NORTHFIELD AVE, SUITE 104,    West Orange, NJ 07052-1104
518642850      +ATLANTIC HEALTH SYSTEM,    PO BOX 35610,    Newark, NJ 07193-5610
518642846      +American Express,    POB 981537,    El Paso, TX 79998-1537
518689189       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518642849      +AtHome Medical,    200 American Road,    Morris Plains, NJ 07950-2449
518642851      +BARNABAS HEALTH AMBULATORY,    PO BOX 32053,    New York, NY 10087-2053
518642852      +BCA FINANCIAL SVCS INC,    18001 OLD CUTLER RD, STE 462,    Miami, FL 33157-6437
518757126      +Blair Realty, LLC,    200 Sheffield Street,    Suite 305,    Mountainside, NJ 07092-2315
518642853      +Blair Realty, LLC,    ATTN: Kimberly A. Sorrento, Esq.,    200 Sheffield St.,
                 Mountainside, NJ 07092-2315
518642854      +CAL AUTOMOTIVE,    4556 SOUTH BROAD ST,    Trenton, NJ 08620-2204
518680463       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518642856      +Citicards CBNA,    POB 6241,    Sioux Falls, SD 57117-6241
518642857      +Empire Medical Assoc PC,    Attn: Transworld Systems, Inc.,    POB 17221,
                 Wilmington, DE 19850-7221
518675930      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518642860      +Laboratory Corporation of America,    POB 2240,    Burlington, NC 27216-2240
518642861      +NBIMC CHONJ PHYSICIAN GROUP,    PO BOX 8000 DEPT 466,    Buffalo, NY 14267-0002
518642862       NJ Division of Taxation,    POB 440,    Trenton, NJ 08646-0440
518744774      +New Jersey Childrens Hospital,    CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518642863      +OMNI EYE SVCS,    PO BOX 826854,    Philadelphia, PA 19182-6854
518642865      +PNC BANK,    PO BOX 856177,    Louisville, KY 40285-6177
518642864      +PNC Bank,    ATTN: KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
518726151      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518727331       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518642866      +PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
518642868      +SCHWEIGER DERMATOLOGY,    2701 QUEENS PLAZA NORTH,    10TH FL,    Long Island City, NY 11101-4022
518719882     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518642869      +Sears CBNA,    POB 6282,    Sioux Falls, SD 57117-6282
518642871     ++USALLIANCE FEDERAL CREDIT UNION,    300 APOLLO DRIVE,    CHELMSFORD MA 01824-3629
                (address filed with court:    US ALLIANCE FEDERAL CREDIT UNION,    411 THEODORE FREMD AVE,
                 Rye, NY 10580)
518759224      +USAlliance Federal Credit Union,    300 Apollo Drive,    Chelmsford, MA 01824-3629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2020 02:26:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2020 02:26:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 31 2020 02:26:56
                 Matrix Financial Services Corporation,    c/o Flagstar Bank,    5151 Corporate Drive,
                 Troy, MI 48098-2639
518729068       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2020 02:33:32
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518642855      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 31 2020 02:26:20
                 Certified Credit & Collection Bureau,    Attn: Chilton Medical Center OP,    POB 1750,
                 Whitehouse Station, NJ 08889-1750
518642858      +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 31 2020 02:26:56
                 Flagstar Bank,    5151 Corporate Drive 3W-125,    Troy, MI 48098-2639
518642859       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 31 2020 02:38:27      JPMCB Card,
                 POB 15369,    Wilmington, DE 19850
518754200      +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 31 2020 02:26:56
                 Matrix Financial Services Corporation,    c/o Flagstar Bank, FSB,    5151 Corporate Drive,
                 Troy, MI 48098-2639
518642867      +E-mail/Text: bankruptcy@savit.com Mar 31 2020 02:27:08      Sa-Vit Collection Agency,
                 46 W. Ferris St East,    East Brunswick, NJ 08816-2159
518642870      +E-mail/Text: clientservices@simonsagency.com Mar 31 2020 02:27:00      Simons Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518642872      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 31 2020 02:25:28
                 VERIZON,    PO BOX 4830,    Trenton, NJ 08650-4830
518740382      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2020 02:38:58      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Mar 30, 2020
                              Form ID: 186               Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518754266*     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518727332*      PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Chandra M. Arkema    on behalf of Creditor   Matrix Financial Services Corporation
               carkema@squirelaw.com
              Denise E. Carlon    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Wachtel    on behalf of Debtor Jose L. Lecour rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Joint Debtor Nanine R. Lecour rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Joint Debtor Nanine R. Lecour ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Jose L. Lecour ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```