**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:
  JOSE L. LECOUR
  NANINE R. LECOUR

Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-34032 RG**

**Hearing Date:  6/3/2020**

**Judge:  ROSEMARY GAMBARDELLA**

**Debtor is Entitled To Discharge**

### ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: June 4, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   JOSE L. LECOUR
             NANINE R. LECOUR

Case No.:  19-34032 RG

Caption of Order:        ORDER CONFIRMING PLAN

---

       The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 4/30/2020, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 1/1/2020, the Debtor shall pay the Standing Trustee

  the sum of $891.00 paid into date over 3 month(s), and then

  the sum of $975.00 for a period of 57 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than $27,144.53, which shall be shared on a pro rata basis; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00.  The unpaid balance of the allowed fee in the amount of $2,150.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-34032-RG
Jose L. Lecour                                                                                      Chapter 13
Nanine R. Lecour
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1                Date Rcvd: Jun 05, 2020
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb          +Jose L. Lecour,    Nanine R. Lecour,    58 Wellington Ave.,    West Orange, NJ 07052-4552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
            Chandra M. Arkema    on behalf of Creditor    Matrix Financial Services Corporation
            carkema@squirelaw.com
            Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
            Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Robert  Wachtel    on behalf of Debtor Jose L. Lecour rwachtel@ronlevinelaw.com,
            ronlevinelawfirm@gmail.com
            Robert  Wachtel    on behalf of Joint Debtor Nanine R. Lecour rwachtel@ronlevinelaw.com,
            ronlevinelawfirm@gmail.com
            Ronald I. LeVine    on behalf of Debtor Jose L. Lecour ronlevinelawfirm@gmail.com,
            irr72645@notify.bestcase.com
            Ronald I. LeVine    on behalf of Joint Debtor Nanine R. Lecour ronlevinelawfirm@gmail.com,
            irr72645@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8