UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esquire
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
PNC Bank, National Association

**Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Lecour, Jose L. Lecour
    Nanine R. aka Nanine R. Tucker

Case No: <u>19-34032 RG</u>

Chapter: <u>13</u>

Hearing Date: 11/4/20
Judge: Rosemary Gambardella

# ORDER DIRECTING REDACTION PROOF OF CLAIM # 15-1

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 10, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>PNC Bank, National Association</u>, for redacting of personally identifiable information as hereinafter set forth, and for cause shown, it is hereby ORDERED:

1. That the clerk shall hereby restrict access to proof of claim # 15-1 on the claims register;

2. That amended proof of claim, claim # 15-2, which has been redacted, shall remain on the docket and serve as the redacted version of PNC's proof of claim.

United States Bankruptcy Court

District of New Jersey

In re:  
Jose L. Lecour  
Nanine R. Lecour  
    Debtor(s)

Case No. 19-34032-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 10, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Jose L. Lecour, Nanine R. Lecour, 58 Wellington Ave., West Orange, NJ 07052-4552

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

**Name**      **Email Address**

Chandra M. Arkema  
     on behalf of Creditor Matrix Financial Services Corporation carkema@squirelaw.com

Denise E. Carlon  
     on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Robert Wachtel  
     on behalf of Debtor Jose L. Lecour rwachtel@ronlevinelaw.com  ronlevinelawfirm@gmail.com

Robert Wachtel  
     on behalf of Joint Debtor Nanine R. Lecour rwachtel@ronlevinelaw.com  ronlevinelawfirm@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Ronald I. LeVine
    on behalf of Debtor Jose L. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Ronald I. LeVine
    on behalf of Joint Debtor Nanine R. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8