UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 0707
201-489-7900

Attorney for Debtor

In Re:

Jose L. Lecour
Nanine R. Lecour

Case No.: 19-34032 RG

Judge: Hon. Gambardella

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by _____ PNC Bank, NA _____, creditor,

   A hearing has been scheduled for _____ May 5, 2021 _____, at 10: a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☒ Payments have been made in the amount of $ _____ 3,325.65 _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):
Payments made:
3/22 for $526.00, 4/6 for $540.00, and 4/8 for $2,259.65
This brings my post-petition payments up current thru and including the April, 2021 payment.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 4/8/21

Jose L. Lecour
Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

| | |
|---|---|
| Subject | **Re: PNC Motion** |
| From | Jose Lecour <joselecour@gmail.com> |
| To | Ronald I. LeVine, Esq. <ron@ronlevinelaw.com> |
| Date | 2021-04-08 11:06 |

Ron,

My payment was submitted yesterday late. It's now processing and showing "pending" in my checking account. It should clear by tomorrow.



Jose L Lecour, PMP
58 Wellington Avenue
West Orange, NJ 07052
joselecour@gmail.com
973-419-9483 (mobile)

