UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 19-34032

IN RE:

JOSE L. LECOUR
NANINE R. LECOUR

Adv. No.:

Hearing Date:

Judge:  RG

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/09/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
JOSE L. LECOUR
NANINE R. LECOUR
58 WELLINGTON AVE.
WEST ORANGE, NJ  07052
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  August 09, 2022

By:  /S/  Jessica Antoine
     Jessica Antoine