UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ 07601
201-489-7900

Ronald I. Levine, Esq.
Attorney for Debtors, Jose L. Lecour

| | |
|---|---|
| In Re: | Case No.:   19-34032-RG |
| JOSE L. LECOUR and NANNIE R. LECOUR | Judge:   Rosemary Gambardella |
| | Chapter:   13 |
| Debtors. | |

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The attorney in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ___ Motion to Dismiss filed by the Chapter 13 Trustee.
    A hearing has been scheduled for _____.

    **X** Certification of Default filed by **the Chapter 13 Standing Trustee**,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.   Documentation in support is attached.

☐   Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

X   Other (**explain your answer**):   The debtors have already paid in $27,306.00 into their plan thus far.   The debtors have advised that that will be making 2 payments by the end of the month which will make them current.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 15, 2022               **/s/ Ronald I. LeVine**
                                                          Attorney for Debtor

**NOTES:**
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee_s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*