Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−34032−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose L. Lecour | Nanine R. Lecour |
| 58 Wellington Ave. | aka Nanine R. Tucker |
| West Orange, NJ 07052 | 58 Wellington Ave. |
| | West Orange, NJ 07052 |

Social Security No.:
  xxx−xx−6128                                        xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/22 at 10:00 AM

to consider and act upon the following:

*54* − Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/23/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Jose L. Lecour, Nanine R. Lecour. (LeVine, Ronald)

Dated: 8/17/22

                                                                           Jeanne Naughton
                                                                           Clerk, U.S. Bankruptcy Court