Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−34032−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose L. Lecour
58 Wellington Ave.
West Orange, NJ 07052

Nanine R. Lecour
aka Nanine R. Tucker
58 Wellington Ave.
West Orange, NJ 07052

Social Security No.:
    xxx−xx−6128                                    xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       11/16/22
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney,

COMMISSION OR FEES
$1,371.25

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 20, 2022
JAN:

                                                            Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-34032-RG
Jose L. Lecour                                                                                   Chapter 13
Nanine R. Lecour
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 20, 2022 | Form ID: 137 | Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Lecour, Nanine R. Lecour, 58 Wellington Ave., West Orange, NJ 07052-4552 |
| 518642848 | + | ASSOCIATES IN OTOLARYNGOLOGY, 741 NORTHFIELD AVE, SUITE 104, West Orange, NJ 07052-1104 |
| 518642850 | + | ATLANTIC HEALTH SYSTEM, PO BOX 35610, Newark, NJ 07193-5610 |
| 518642849 | + | AtHome Medical, 200 American Road, Morris Plains, NJ 07950-2449 |
| 518642851 | + | BARNABAS HEALTH AMBULATORY, PO BOX 32053, New York, NY 10087-2053 |
| 518757126 | + | Blair Realty, LLC, 200 Sheffield Street, Suite 305, Mountainside, NJ 07092-2315 |
| 518642853 | + | Blair Realty, LLC, ATTN: Kimberly A. Sorrento, Esq., 200 Sheffield St., Mountainside, NJ 07092-2315 |
| 518642857 | + | Empire Medical Assoc PC, Attn: Transworld Systems, Inc., POB 17221, Wilmington, DE 19850-7221 |
| 518642861 | + | NBIMC CHONJ PHYSICIAN GROUP, PO BOX 8000 DEPT 466, Buffalo, NY 14267-0002 |
| 518642862 | | NJ Division of Taxation, POB 440, Trenton, NJ 08646-0440 |
| 518744774 | + | New Jersey Childrens Hospital, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518642863 | + | OMNI EYE SVCS, PO BOX 826854, Philadelphia, PA 19182-6854 |
| 518642864 | + | PNC Bank, ATTN: KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 518727331 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518642868 | + | SCHWEIGER DERMATOLOGY, 2701 QUEENS PLAZA NORTH, 10TH FL, Long Island City, NY 11101-4022 |
| 518719882 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2022 20:32:00 | Matrix Financial Services Corporation, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | | Email/Text: bankruptcy@usalliance.org | Oct 20 2022 20:31:00 | US Alliance Financial, 411 Theodore Fremd Avenue, Suite 350, Rye, NY 10580 |
| 518642847 | | Email/Text: collectors@arresourcesinc.com | Oct 20 2022 20:31:00 | AR RESOURCES INC, 1777 SENTRY PKWY W, Blue Bell, PA 19422 |
| 518642846 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:10 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 518689189 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518729068 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:02 | Ashley Funding Services, LLC, Resurgent Capital |

Case 19-34032-RG   Doc 59   Filed 10/22/22   Entered 10/23/22 00:13:39   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 137 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518642852 | ^ | MEBN | Oct 20 2022 20:30:18 | BCA FINANCIAL SVCS INC, 18001 OLD CUTLER RD, STE 462, Miami, FL 33157-6437 |
| 518642854 | | Email/Text: cescandell@calautomotive.com | Oct 20 2022 20:31:00 | CAL AUTOMOTIVE, 4556 SOUTH BROAD ST, Trenton, NJ 08620 |
| 518642855 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 20 2022 20:31:00 | Certified Credit & Collection Bureau, Attn: Chilton Medical Center OP, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 518680463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 20:44:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518642856 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 20:44:02 | Citicards CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 518642858 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2022 20:32:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 518642859 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2022 20:54:40 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 518675930 | + | Email/Text: RASEBN@raslg.com | Oct 20 2022 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518642860 | | Email/Text: govtaudits@labcorp.com | Oct 20 2022 20:31:00 | Laboratory Corporation of America, POB 2240, Burlington, NC 27216 |
| 518754200 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2022 20:32:00 | Matrix Financial Services Corporation, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518642865 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 20:31:00 | PNC BANK, PO BOX 856177, Louisville, KY 40285 |
| 518726151 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 20:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518642866 | ^ | MEBN | Oct 20 2022 20:30:09 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 518642867 | + | Email/Text: bankruptcy@savit.com | Oct 20 2022 20:32:00 | Sa-Vit Collection Agency, 46 W. Ferris St East, East Brunswick, NJ 08816-2159 |
| 518642869 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 20:44:02 | Sears CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 518642870 | + | Email/Text: clientservices@simonsagency.com | Oct 20 2022 20:32:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518642871 | | Email/Text: bankruptcy@usalliance.org | Oct 20 2022 20:31:00 | US ALLIANCE FEDERAL CREDIT UNION, 411 THEODORE FREMD AVE, Rye, NY 10580 |
| 518759224 | | Email/Text: bankruptcy@usalliance.org | Oct 20 2022 20:31:00 | USAlliance Federal Credit Union, 411 Theodore Fremd Ave., Suite 350, Rye, NY 10580-4773 |
| 518642872 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2022 20:31:00 | VERIZON, PO BOX 4830, Trenton, NJ 08650-4830 |
| 518740382 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 20:54:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518754266 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., |

|  |  |  |
|---|---|---|
|  |  | P.O. Box 94982, Cleveland, OH 44101 |
| 518727332 | * | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chandra M. Arkema | on behalf of Creditor Matrix Financial Services Corporation carkema@squirelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Matrix Financial Services Corporation dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald I. LeVine | on behalf of Joint Debtor Nanine R. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Debtor Jose L. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7