Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−34032−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose L. Lecour
58 Wellington Ave.
West Orange, NJ 07052

Nanine R. Lecour
aka Nanine R. Tucker
58 Wellington Ave.
West Orange, NJ 07052

Social Security No.:
xxx−xx−6128

xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 18, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 58
Order Granting Application For Compensation for Ronald I. LeVine, fees awarded: $1,371.25, expenses awarded: $0.00 (Related Doc # 58). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/18/2022. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 18, 2022
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-34032-RG

Jose L. Lecour    Chapter 13

Nanine R. Lecour

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Nov 18, 2022    Form ID: orderntc    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Lecour, Nanine R. Lecour, 58 Wellington Ave., West Orange, NJ 07052-4552 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 20:42:00 | Matrix Financial Services Corporation, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | | Email/Text: bankruptcy@usalliance.org | Nov 18 2022 20:41:00 | US Alliance Financial, 411 Theodore Fremd Avenue, Suite 350, Rye, NY 10580 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Chandra M. Arkema
    on behalf of Creditor Matrix Financial Services Corporation carkema@squirelaw.com

Denise E. Carlon

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2022 | Form ID: orderntc | Total Noticed: 3 |

|  |  |
|---|---|
|  | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Matrix Financial Services Corporation dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald I. LeVine | on behalf of Debtor Jose L. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Joint Debtor Nanine R. Lecour ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7