**VIRGINIA E. FORTUNATO, L.L.C.**
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq. #VEF-0787
Attorney for Debtors, Jose L. Lecour and Nanine R. Lecour

| | |
|---|---|
| In Re:<br><br>**JOSE L. LECOUR and NANINE R. LECOUR,**<br><br>      Debtors. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 19-34032/RG<br><br>Chapter 13<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

    Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Virginia E. Fortunato, Esq.** will be substituted as attorney for record for **Jose L. Lecour and Nanine R. Lecour, Debtors** in this case.

**LAW OFFICE OF RONALD I. LeVINE**       **VIRGINIA E. FORTUNATO, L.L.C.**

By: /s/ Ronald I. LeVine
    RONALD I. LeVINE, ESQ.
Withdrawing Attorney
Dated: July 17, 2023

By: /s/ Virginia E. Fortunato
    VIRGINIA E. FORTUNATO, ESQ.
Superceding Attorney
Dated: July 31, 2023


By: /s/ Jose L. Lecour
    JOSE L. LECOUR, Debtor
Dated: July 14, 2023


By: /s/ Nanine R. Lecourt
    NANINE R. LECOUR, Debtor
Dated: July 14, 2023