| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on March 7, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    JOSE L. LECOUR<br>    NANINE R. LECOUR | Case No.:  19-34032<br><br>Judge:  **ROSEMARY GAMBARDELLA** |

### ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT OR EXPUNGE  PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 7, 2025**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Debtor(s): JOSE L. LECOUR
NANINE R. LECOUR

Case No.: 19-34032RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement Or Expunge Proof Of Claim

    ORDERED, that the claim of BLAIR REALTY LLC, Court Claim Number 16, be reduced to amount of $0 , for the reasons set forth in the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 19-34032-RG

Jose L. Lecour                                                                                          Chapter 13

Nanine R. Lecour

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: Mar 07, 2025       Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

**Recip ID        Recipient Name and Address**
db/jdb         + Jose L. Lecour, Nanine R. Lecour, 58 Wellington Ave., West Orange, NJ 07052-4552

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

**Name                    Email Address**

Chandra M. Arkema
                         on behalf of Creditor Matrix Financial Services Corporation carkema@squirelaw.com

Denise E. Carlon
                         on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
                         on behalf of Creditor Matrix Financial Services Corporation dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com

Jerome Blank
                         on behalf of Creditor Matrix Financial Services Corporation jblank@pincuslaw.com  amautz@pincuslaw.com

Marie-Ann Greenberg
                         magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Sarah K. McCaffery
    on behalf of Creditor Matrix Financial Services Corporation smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

Sarah K. McCaffery
    on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato
    on behalf of Joint Debtor Nanine R. Lecour njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

Virginia E. Fortunato
    on behalf of Debtor Jose L. Lecour njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 10