Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2025

**Chapter 13 Case # 19-34032**

Re:   JOSE L. LECOUR                                    Atty:   VIRGINIA E FORTUNATO LLC
      NANINE R. LECOUR                                          ONE KINDERKAMACK ROAD
      58 WELLINGTON AVE.                                        HACKENSACK, NJ  07601
      WEST ORANGE, NJ  07052

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,700.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/07/2020 | $327.00 | 6465494000 | 03/11/2020 | $327.00 | 6630531000 |
| 03/30/2020 | $327.00 | 6669066000 | 05/04/2020 | $975.00 | 6757405000 |
| 06/01/2020 | $975.00 | 6831495000 | 06/29/2020 | $975.00 | 6897252000 |
| 07/29/2020 | $975.00 | 6970223000 | 08/31/2020 | $975.00 | 7044088000 |
| 09/29/2020 | $975.00 | 7119142000 | 11/02/2020 | $975.00 | 7195899000 |
| 11/30/2020 | $975.00 | 7266781000 | 01/04/2021 | $975.00 | 7344138000 |
| 02/01/2021 | $975.00 | 7418756000 | 02/26/2021 | $975.00 | 7480573000 |
| 03/30/2021 | $975.00 | 7561429000 | 04/28/2021 | $975.00 | 7629281000 |
| 05/27/2021 | $975.00 | 7696853000 | 06/30/2021 | $975.00 | 7773920000 |
| 07/30/2021 | $975.00 | 7844438000 | 08/31/2021 | $975.00 | 7913273000 |
| 09/30/2021 | $975.00 | 7979692000 | 11/01/2021 | $975.00 | 8046132000 |
| 11/29/2021 | $975.00 | 8107861000 | 12/30/2021 | $975.00 | 8174586000 |
| 01/31/2022 | $975.00 | 8243108000 | 02/28/2022 | $975.00 | 8304724000 |
| 04/01/2022 | $975.00 | 8373001000 | 05/02/2022 | $975.00 | 8441228000 |
| 05/31/2022 | $975.00 | 8496279000 | 07/01/2022 | $975.00 | 8561241000 |
| 08/01/2022 | $975.00 | 8616756000 | 08/04/2022 | ($975.00) | 8616756000 |
| 08/17/2022 | $1,860.00 | 9106026119 | 09/08/2022 | $975.00 | 9106026240 |
| 10/11/2022 | $975.00 | 9106026393 | 11/09/2022 | $975.00 | 9106026555 |
| 12/13/2022 | $975.00 | 9106091107 | 12/27/2022 | $18.00 | 28029249167 |
| 01/19/2023 | $984.00 | 28029094503 | 02/23/2023 | $984.00 | 28029096854 |
| 03/28/2023 | $984.00 | 28029089441 | 04/25/2023 | $984.00 | 27245576428 |
| 05/24/2023 | $984.00 | 27245577666 | 06/30/2023 | $984.00 | 27245592696 |
| 07/26/2023 | $984.00 | 27245594880 | 09/06/2023 | $984.00 | 28586050560 |
| 09/27/2023 | $984.00 | 28586058041 | 10/26/2023 | $984.00 | 28586064565 |
| 11/27/2023 | $984.00 | 28586070516 | 12/28/2023 | $984.00 | 28586069100 |
| 01/30/2024 | $984.00 | 28711511335 | 03/04/2024 | $984.00 | 28711514632 |
| 04/02/2024 | $984.00 | 28711519661 | 04/30/2024 | $984.00 | 28711521538 |
| 05/30/2024 | $984.00 | 28880357038 | 07/08/2024 | $984.00 | 28711504945 |
| 07/22/2024 | $984.00 | 27245596926 | 08/21/2024 | $984.00 | 28880367895 |

**Chapter 13 Case # 19-34032**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/17/2024 | $984.00 | 28880373420 | 10/22/2024 | $984.00 | 29031430138 |
| 11/26/2024 | $984.00 | 29031435718 | 01/03/2025 | $984.00 | 29031438734 |
| 01/31/2025 | $984.00 | 29031444336 | 02/25/2025 | $984.00 | 29065050055 |

**Total Receipts: $58,668.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $58,668.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,617.78 | |
| ATTY | ATTORNEY | ADMIN | 3,521.25 | 100.00% | 3,521.25 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ASSOCIATES IN OTOLARYNGOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,310.74 | * | 831.80 | |
| 0005 | ATHOME MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BARNABAS HEALTH AMBULATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BCA FINANCIAL SVCS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BLAIR REALTY LLC | UNSECURED | 208,000.00 | * | 0.00 | |
| 0009 | CAL AUTOMOTIVE | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | NEW JERSEY CHILDREN'S HOSPITAL | UNSECURED | 300.49 | * | 34.19 | |
| 0011 | CITIBANK NA | UNSECURED | 2,948.80 | * | 335.51 | |
| 0012 | EMPIRE MEDICAL ASSOC PC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | ROUNDPOINT MORTGAGE SERVICING LL | MORTGAGE ARRE | 3,800.67 | 100.00% | 3,800.67 | |
| 0014 | JPMORGAN CHASE BANK NA | UNSECURED | 5,005.68 | * | 569.54 | |
| 0015 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 69.27 | * | 5.15 | |
| 0016 | NBIMC CHONJ PHYSICIAN GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | OMNI EYE SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 7,168.07 | * | 815.57 | |
| 0020 | PNC BANK | MORTGAGE ARRE | 14,574.09 | 100.00% | 14,574.09 | |
| 0021 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 865.46 | * | 42.68 | |
| 0022 | SCHWEIGER DERMATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SEARS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | USALLIANCE FEDERAL CREDIT UNION | UNSECURED | 8,154.37 | * | 927.78 | |
| 0028 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | AR RESOURCES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | JPMORGAN CHASE BANK NA | UNSECURED | 6,540.65 | * | 744.18 | |
| 0034 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | USALLIANCE FEDERAL CREDIT UNION | UNSECURED | 4,415.07 | * | 502.33 | |
| 0036 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CITIBANK NA | UNSECURED | 3,939.92 | * | 448.27 | |
| 0038 | STATE OF NJ | PRIORITY | 2,197.47 | 100.00% | 2,197.47 | |
| 0039 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 86.96 | * | 5.23 | |
| 0040 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 494.65 | * | 52.81 | |

**Total Paid: $33,026.30**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-34032**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 06/20/2022 | $28.73 | 892588 | | 07/18/2022 | $26.94 | 894320 |
| | 08/15/2022 | $26.95 | 895883 | | 09/19/2022 | $51.41 | 897486 |
| | 10/17/2022 | $26.93 | 899159 | | 12/12/2022 | $13.48 | 902291 |
| | 01/09/2023 | $26.41 | 903778 | | 02/13/2023 | $27.11 | 905299 |
| | 03/13/2023 | $26.64 | 906913 | | 04/17/2023 | $26.59 | 908498 |
| | 05/15/2023 | $26.65 | 910130 | | 06/12/2023 | $26.34 | 911592 |
| | 07/17/2023 | $26.36 | 913105 | | 08/14/2023 | $26.32 | 914621 |
| | 10/16/2023 | $52.69 | 917615 | | 11/13/2023 | $25.95 | 919045 |
| | 01/08/2024 | $25.94 | 921854 | | 02/12/2024 | $25.91 | 923203 |
| | 03/11/2024 | $25.89 | 924659 | | 04/15/2024 | $25.95 | 926085 |
| | 05/10/2024 | $25.91 | 927567 | | 06/17/2024 | $51.87 | 928966 |
| | 08/19/2024 | $53.50 | 931864 | | 09/16/2024 | $26.80 | 933329 |
| | 10/21/2024 | $26.77 | 934727 | | 11/18/2024 | $26.49 | 936208 |
| | 12/16/2024 | $26.49 | 937592 | | 02/10/2025 | $24.78 | 940400 |
| ASHLEY FUNDING SERVICES, LLC | | | | | | | |
| | 10/16/2023 | $5.23 | 917633 | | 03/11/2024 | $5.15 | 924677 |
| CITIBANK NA | | | | | | | |
| | 06/20/2022 | $15.48 | 892328 | | 06/20/2022 | $11.59 | 892328 |
| | 07/18/2022 | $10.87 | 894077 | | 07/18/2022 | $14.52 | 894077 |
| | 08/15/2022 | $14.52 | 895642 | | 08/15/2022 | $10.86 | 895642 |
| | 09/19/2022 | $27.70 | 897223 | | 09/19/2022 | $20.73 | 897223 |
| | 10/17/2022 | $14.53 | 898904 | | 10/17/2022 | $10.87 | 898904 |
| | 12/12/2022 | $5.44 | 902041 | | 12/12/2022 | $7.27 | 902041 |
| | 01/09/2023 | $14.23 | 903534 | | 01/09/2023 | $10.65 | 903534 |
| | 02/13/2023 | $10.94 | 905036 | | 02/13/2023 | $14.58 | 905036 |
| | 03/13/2023 | $14.36 | 906652 | | 03/13/2023 | $10.74 | 906652 |
| | 04/17/2023 | $10.74 | 908217 | | 04/17/2023 | $14.37 | 908217 |
| | 05/15/2023 | $14.34 | 909863 | | 05/15/2023 | $10.73 | 909863 |
| | 06/12/2023 | $10.62 | 911319 | | 06/12/2023 | $14.19 | 911319 |
| | 07/17/2023 | $14.21 | 912838 | | 07/17/2023 | $10.63 | 912838 |
| | 08/14/2023 | $10.64 | 914357 | | 08/14/2023 | $14.18 | 914357 |
| | 10/16/2023 | $28.42 | 917354 | | 10/16/2023 | $21.25 | 917354 |
| | 11/13/2023 | $10.46 | 918782 | | 11/13/2023 | $13.97 | 918782 |
| | 01/08/2024 | $13.98 | 921605 | | 01/08/2024 | $10.46 | 921605 |
| | 02/12/2024 | $13.97 | 922931 | | 02/12/2024 | $10.45 | 922931 |
| | 03/11/2024 | $10.46 | 924397 | | 03/11/2024 | $13.95 | 924397 |
| | 04/15/2024 | $13.98 | 925812 | | 04/15/2024 | $10.45 | 925812 |
| | 05/10/2024 | $10.45 | 927306 | | 05/10/2024 | $13.96 | 927306 |
| | 06/17/2024 | $27.95 | 928675 | | 06/17/2024 | $20.92 | 928675 |
| | 08/19/2024 | $21.60 | 931576 | | 08/19/2024 | $28.85 | 931576 |
| | 09/16/2024 | $14.43 | 933064 | | 09/16/2024 | $10.79 | 933064 |
| | 10/21/2024 | $10.80 | 934421 | | 10/21/2024 | $14.42 | 934421 |
| | 11/18/2024 | $14.28 | 935914 | | 11/18/2024 | $10.69 | 935914 |
| | 12/16/2024 | $10.67 | 937295 | | 12/16/2024 | $14.28 | 937295 |
| | 02/10/2025 | $13.35 | 940111 | | 02/10/2025 | $10.01 | 940111 |

**Chapter 13 Case # 19-34032**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **FLAGSTAR BANK FSB** | | | | | | | |
| | 07/20/2020 | $115.70 | 852463 | | 08/17/2020 | $186.55 | 854324 |
| | 09/21/2020 | $186.55 | 856146 | | 10/19/2020 | $186.55 | 858023 |
| | 11/16/2020 | $186.55 | 859819 | | 12/21/2020 | $186.55 | 861641 |
| | 01/11/2021 | $186.55 | 863415 | | 02/22/2021 | $186.55 | 865121 |
| | 03/15/2021 | $186.54 | 866948 | | 04/19/2021 | $186.55 | 868660 |
| | 05/17/2021 | $186.54 | 870549 | | 06/21/2021 | $186.55 | 872356 |
| | 07/19/2021 | $189.57 | 874144 | | 08/16/2021 | $189.57 | 875834 |
| | 09/20/2021 | $189.57 | 877578 | | 10/18/2021 | $189.57 | 879342 |
| | 11/17/2021 | $189.57 | 881056 | | 12/13/2021 | $191.58 | 882681 |
| | 01/10/2022 | $191.59 | 884335 | | 02/14/2022 | $191.58 | 886030 |
| | 03/14/2022 | $110.34 | 887734 | | | | |
| **JPMORGAN CHASE BANK NA** | | | | | | | |
| | 06/20/2022 | $19.67 | 892366 | | 06/20/2022 | $25.71 | 892366 |
| | 07/18/2022 | $24.11 | 894111 | | 07/18/2022 | $18.45 | 894111 |
| | 08/15/2022 | $18.43 | 895676 | | 08/15/2022 | $24.08 | 895676 |
| | 09/19/2022 | $45.99 | 897261 | | 09/19/2022 | $35.20 | 897261 |
| | 10/17/2022 | $18.45 | 898937 | | 10/17/2022 | $24.12 | 898937 |
| | 12/12/2022 | $12.06 | 902076 | | 12/12/2022 | $9.26 | 902076 |
| | 01/09/2023 | $18.08 | 903565 | | 01/09/2023 | $23.63 | 903565 |
| | 02/13/2023 | $24.25 | 905071 | | 02/13/2023 | $18.53 | 905071 |
| | 03/13/2023 | $18.24 | 906685 | | 03/13/2023 | $23.83 | 906685 |
| | 04/17/2023 | $23.79 | 908253 | | 04/17/2023 | $18.24 | 908253 |
| | 05/15/2023 | $18.21 | 909893 | | 05/15/2023 | $23.85 | 909893 |
| | 06/12/2023 | $23.56 | 911349 | | 06/12/2023 | $18.06 | 911349 |
| | 07/17/2023 | $18.05 | 912865 | | 07/17/2023 | $23.58 | 912865 |
| | 08/14/2023 | $23.55 | 914386 | | 08/14/2023 | $18.02 | 914386 |
| | 10/16/2023 | $36.08 | 917382 | | 10/16/2023 | $47.14 | 917382 |
| | 11/13/2023 | $23.21 | 918808 | | 11/13/2023 | $17.76 | 918808 |
| | 01/08/2024 | $17.76 | 921628 | | 01/08/2024 | $23.21 | 921628 |
| | 02/12/2024 | $23.18 | 922956 | | 02/12/2024 | $17.74 | 922956 |
| | 03/11/2024 | $17.73 | 924421 | | 03/11/2024 | $23.16 | 924421 |
| | 04/15/2024 | $23.23 | 925835 | | 04/15/2024 | $17.76 | 925835 |
| | 05/10/2024 | $17.74 | 927328 | | 05/10/2024 | $23.18 | 927328 |
| | 06/17/2024 | $46.40 | 928700 | | 06/17/2024 | $35.51 | 928700 |
| | 08/19/2024 | $36.66 | 931599 | | 08/19/2024 | $47.87 | 931599 |
| | 09/16/2024 | $23.97 | 933085 | | 09/16/2024 | $18.33 | 933085 |
| | 10/21/2024 | $18.33 | 934443 | | 10/21/2024 | $23.95 | 934443 |
| | 11/18/2024 | $23.70 | 935934 | | 11/18/2024 | $18.14 | 935934 |
| | 12/16/2024 | $18.14 | 937313 | | 12/16/2024 | $23.70 | 937313 |
| | 02/10/2025 | $22.17 | 940127 | | 02/10/2025 | $16.97 | 940127 |
| **NEW JERSEY CHILDREN'S HOSPITAL** | | | | | | | |
| | 09/19/2022 | $5.51 | 897954 | | 04/17/2023 | $6.05 | 908973 |
| | 10/16/2023 | $6.51 | 918030 | | 04/15/2024 | $5.32 | 926531 |
| | 08/19/2024 | $5.40 | 932295 | | 02/10/2025 | $5.40 | 940771 |
| **PNC BANK** | | | | | | | |
| | 07/20/2020 | $443.68 | 852789 | | 08/17/2020 | $715.33 | 854638 |
| | 09/21/2020 | $715.33 | 856487 | | 10/19/2020 | $715.33 | 858338 |
| | 11/16/2020 | $715.33 | 860120 | | 12/21/2020 | $715.33 | 861967 |
| | 01/11/2021 | $715.33 | 863680 | | 02/22/2021 | $715.33 | 865482 |
| | 03/15/2021 | $715.34 | 867223 | | 04/19/2021 | $715.33 | 869006 |
| | 05/17/2021 | $715.34 | 870869 | | 06/21/2021 | $715.33 | 872684 |
| | 07/19/2021 | $726.93 | 874440 | | 08/16/2021 | $726.93 | 876148 |
| | 09/20/2021 | $726.93 | 877910 | | 10/18/2021 | $726.93 | 879649 |
| | 11/17/2021 | $726.93 | 881351 | | 12/13/2021 | $734.67 | 882981 |
| | 01/10/2022 | $734.66 | 884634 | | 02/14/2022 | $734.67 | 886348 |
| | 03/14/2022 | $423.11 | 888044 | | | | |

**Chapter 13 Case # 19-34032**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 06/20/2022 | $28.17 | 893173 | | 07/18/2022 | $26.42 | 894835 |
| | 08/15/2022 | $26.39 | 896424 | | 09/19/2022 | $50.40 | 898050 |
| | 10/17/2022 | $26.44 | 899695 | | 12/12/2022 | $13.22 | 902806 |
| | 01/09/2023 | $25.89 | 904303 | | 02/13/2023 | $26.58 | 905845 |
| | 03/13/2023 | $26.12 | 907450 | | 04/17/2023 | $26.07 | 909072 |
| | 05/15/2023 | $26.14 | 910637 | | 06/12/2023 | $25.82 | 912128 |
| | 07/17/2023 | $25.85 | 913641 | | 08/14/2023 | $25.81 | 915147 |
| | 10/16/2023 | $51.66 | 918121 | | 11/13/2023 | $25.44 | 919563 |
| | 01/08/2024 | $25.44 | 922330 | | 02/12/2024 | $25.41 | 923717 |
| | 03/11/2024 | $25.39 | 925156 | | 04/15/2024 | $25.43 | 926627 |
| | 05/10/2024 | $25.40 | 928048 | | 06/17/2024 | $50.86 | 929508 |
| | 08/19/2024 | $52.46 | 932394 | | 09/16/2024 | $26.27 | 933795 |
| | 10/21/2024 | $26.24 | 935252 | | 11/18/2024 | $25.98 | 936691 |
| | 12/16/2024 | $25.93 | 938090 | | 02/10/2025 | $24.34 | 940866 |
| PSE&G | | | | | | | |
| | 07/18/2022 | $6.59 | 894857 | | 09/19/2022 | $9.28 | 898070 |
| | 01/05/2023 | ($9.28) | 898070 | | 01/09/2023 | $17.19 | 904322 |
| | 03/13/2023 | $6.36 | 907465 | | 05/02/2023 | ($17.19) | 904322 |
| | 05/15/2023 | $23.49 | 910655 | | 07/17/2023 | $6.24 | 913660 |
| | 10/16/2023 | $9.36 | 918134 | | 01/08/2024 | $6.13 | 922345 |
| | 02/05/2024 | ($9.36) | 918134 | | 02/12/2024 | $12.44 | 923733 |
| | 04/15/2024 | $6.14 | 926644 | | 05/02/2024 | ($6.13) | 922345 |
| | 05/10/2024 | $9.19 | 928061 | | 06/05/2024 | ($12.44) | 923733 |
| | 08/06/2024 | ($6.14) | 926644 | | 09/05/2024 | ($9.19) | 928061 |
| STATE OF NJ | | | | | | | |
| | 03/14/2022 | $392.80 | 888299 | | 04/18/2022 | $926.25 | 890062 |
| | 05/16/2022 | $878.42 | 891710 | | | | |
| USALLIANCE FEDERAL CREDIT UNION | | | | | | | |
| | 06/20/2022 | $17.35 | 893660 | | 06/20/2022 | $32.04 | 893660 |
| | 07/18/2022 | $30.05 | 895281 | | 07/18/2022 | $16.27 | 895281 |
| | 08/15/2022 | $16.27 | 896824 | | 08/15/2022 | $30.07 | 896824 |
| | 09/19/2022 | $57.34 | 898511 | | 09/19/2022 | $31.04 | 898511 |
| | 10/17/2022 | $16.27 | 900111 | | 10/17/2022 | $30.03 | 900111 |
| | 12/12/2022 | $15.04 | 903208 | | 12/12/2022 | $8.14 | 903208 |
| | 01/09/2023 | $15.95 | 904703 | | 01/09/2023 | $29.46 | 904703 |
| | 02/13/2023 | $30.24 | 906293 | | 02/13/2023 | $16.38 | 906293 |
| | 03/13/2023 | $16.09 | 907860 | | 03/13/2023 | $29.71 | 907860 |
| | 04/17/2023 | $29.66 | 909523 | | 04/17/2023 | $16.06 | 909523 |
| | 05/15/2023 | $16.09 | 911008 | | 05/15/2023 | $29.73 | 911008 |
| | 06/12/2023 | $29.38 | 912526 | | 06/12/2023 | $15.91 | 912526 |
| | 07/17/2023 | $15.92 | 914051 | | 07/17/2023 | $29.40 | 914051 |
| | 08/14/2023 | $29.36 | 915518 | | 08/14/2023 | $15.90 | 915518 |
| | 10/16/2023 | $31.82 | 918483 | | 10/16/2023 | $58.77 | 918483 |
| | 11/13/2023 | $28.93 | 919926 | | 11/13/2023 | $15.66 | 919926 |
| | 01/08/2024 | $15.67 | 922674 | | 01/08/2024 | $28.94 | 922674 |
| | 02/12/2024 | $28.91 | 924113 | | 02/12/2024 | $15.65 | 924113 |
| | 03/11/2024 | $15.64 | 925528 | | 03/11/2024 | $28.88 | 925528 |
| | 04/15/2024 | $28.94 | 927030 | | 04/15/2024 | $15.66 | 927030 |
| | 05/10/2024 | $15.64 | 928406 | | 05/10/2024 | $28.90 | 928406 |
| | 06/17/2024 | $57.85 | 929924 | | 06/17/2024 | $31.32 | 929924 |
| | 08/19/2024 | $32.34 | 932803 | | 08/19/2024 | $59.68 | 932803 |
| | 09/16/2024 | $29.88 | 934160 | | 09/16/2024 | $16.17 | 934160 |
| | 10/21/2024 | $16.16 | 935674 | | 10/21/2024 | $29.85 | 935674 |
| | 11/18/2024 | $29.55 | 937073 | | 11/18/2024 | $16.00 | 937073 |
| | 12/16/2024 | $16.00 | 938493 | | 12/16/2024 | $29.55 | 938493 |
| | 02/10/2025 | $27.64 | 941245 | | 02/10/2025 | $14.96 | 941245 |

**Chapter 13 Case # 19-34032**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 08/15/2022 | $5.59 | 895655 | 10/17/2022 | $5.30 | 898919 |
| | 03/13/2023 | $6.33 | 906668 | 06/12/2023 | $5.39 | 911334 |
| | 10/16/2023 | $7.14 | 917368 | 02/12/2024 | $5.25 | 922943 |
| | 05/10/2024 | $5.26 | 927317 | 08/19/2024 | $7.14 | 931589 |
| | 11/18/2024 | $5.41 | 935923 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: March 12, 2025.

Receipts: $58,668.00    -    Paid to Claims: $25,887.27    -    Admin Costs Paid: $7,139.03    =    Funds on Hand: $25,641.70

Base Plan Amount: $56,700.00    -    Receipts: $58,668.00    =    Total Unpaid Balance: **($1,968.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.