| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Jose L Lecour and**<br>**Nanine R Lecour,**<br><br>**Debtors.** | Case No.   **19-34032/RG**<br><br>Chapter:   **13**<br><br>Judge:   **Rosemary Gambardella** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Jose L Lecour**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   March 17, 2025              /s/ Jose L Lecour
                                    **Jose L Lecour**
                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>**Jose L Lecour and**<br>**Nanine R Lecour.**<br><br>**Debtor** | Case No.  **19-34032/RG**<br><br>Chapter:  **13**<br><br>Judge:  **Rosemary Gambardella** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Nanine R Lecour**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  March 17, 2025          /s/ Nanine R Lecour
                               **Nanine R Lecour**
                               Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18