Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−34032−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose L. Lecour
58 Wellington Ave.
West Orange, NJ 07052

Nanine R. Lecour
aka Nanine R. Tucker
58 Wellington Ave.
West Orange, NJ 07052

Social Security No.:
  xxx−xx−6128                                          xxx−xx−3511
Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Jose L. Lecour and Nanine R. Lecour
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.


Dated: April 3, 2025
JAN: mlc

Jeanne Naughton, Clerk