UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq.
Attorney for Debtors, Jose L. Lecour and
Nanine R. Lecour

| In Re: | | |
|---|---|---|
| JOSE L. LECOUR and NANINE R. LECOUR, | Case No.: | 19-34032/RG |
| | Chapter: | 13 |
| Debtors, | Judge: | RG |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors.*

Party's name/type:    Blair Realty, LLC, creditor
(Example: John Smith, creditor)

Old address:    Blair Realty, LLCq
200  Sheffield Street - Suite 305
Mountainside, NJ 07092

New address:    200 Sheffield Street - Suite 201
Mountainside, NJ 07092-2315

New phone no.:_____ (if debtor is filing and
their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  May 1, 2025          /s/ Virginia E. Fortunato
                                           Signature

*rev.8/1/15*