**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose L. Lecour | Social Security number or ITIN  xxx–xx–6128 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nanine R. Lecour | Social Security number or ITIN  xxx–xx–3511 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–34032–RG

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose L. Lecour

Nanine R. Lecour
aka Nanine R. Tucker

4/29/25

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-34032-RG

Jose L. Lecour                                                                              Chapter 13

Nanine R. Lecour

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                               Page 1 of 4

Date Rcvd: Apr 29, 2025              Form ID: 3180W                       Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Lecour, Nanine R. Lecour, 58 Wellington Ave., West Orange, NJ 07052-4552 |
| 518642848 | + | ASSOCIATES IN OTOLARYNGOLOGY, 741 NORTHFIELD AVE, SUITE 104, West Orange, NJ 07052-1104 |
| 518642849 | + | AtHome Medical, 200 American Road, Morris Plains, NJ 07950-2449 |
| 518642851 | + | BARNABAS HEALTH AMBULATORY, PO BOX 32053, New York, NY 10087-2053 |
| 518642853 | + | Blair Realty, LLC, ATTN: Kimberly A. Sorrento, Esq., 200 Sheffield St., Mountainside, NJ 07092-2315 |
| 518642857 | + | Empire Medical Assoc PC, Attn: Transworld Systems, Inc., POB 17221, Wilmington, DE 19850-7221 |
| 518642861 | + | NBIMC CHONJ PHYSICIAN GROUP, PO BOX 8000 DEPT 466, Buffalo, NY 14267-0002 |
| 518642862 | | NJ Division of Taxation, POB 440, Trenton, NJ 08646-0440 |
| 518744774 | + | New Jersey Childrens Hospital, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518642863 | + | OMNI EYE SVCS, PO BOX 826854, Philadelphia, PA 19182-6854 |
| 518642864 | + | PNC Bank, ATTN: KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 518719882 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2025 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2025 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 29 2025 21:15:52 | Matrix Financial Services Corporation, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | Email/Text: bankruptcy@usalliance.org | Apr 29 2025 21:14:00 | US Alliance Financial, 411 Theodore Fremd Avenue, Suite 350, Rye, NY 10580-1482 |
| 518642847 | | Email/Text: collectors@arresourcesinc.com | Apr 29 2025 21:14:00 | AR RESOURCES INC, 1777 SENTRY PKWY W, Blue Bell, PA 19422 |
| 518642850 | + | Email/Text: customer.service@atlantichealth.org | Apr 29 2025 21:15:00 | ATLANTIC HEALTH SYSTEM, PO BOX 35610, Newark, NJ 07193-5610 |
| 518642846 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 21:19:26 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 518689189 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 21:32:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | Flag | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| 518729068 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 21:32:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518642852 | ^ | MEBN | Apr 29 2025 21:16:49 | BCA FINANCIAL SVCS INC, 18001 OLD CUTLER RD, STE 462, Miami, FL 33157-6437 |
| 518642854 | | Email/Text: cescandell@calautomotive.com | Apr 29 2025 21:14:00 | CAL AUTOMOTIVE, 4556 SOUTH BROAD ST, Trenton, NJ 08620 |
| 518642855 | + | Email/Text: bankruptcy@certifiedcollection.com | Apr 29 2025 21:15:00 | Certified Credit & Collection Bureau, Attn: Chilton Medical Center OP, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 518680463 | | EDI: CITICORP | Apr 30 2025 01:00:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518642856 | + | EDI: CITICORP | Apr 30 2025 01:00:00 | Citicards CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 518642858 | + | Email/Text: servicingmailhub@flagstar.com | Apr 29 2025 21:15:00 | Flagstar Bank, 5151 Corporate Drive 3W-125, Troy, MI 48098-2639 |
| 518642859 | + | EDI: JPMORGANCHASE | Apr 30 2025 01:00:00 | JPMCB Card, POB 15369, Wilmington, DE 19850-5369 |
| 518675930 | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 21:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518642860 | | Email/Text: govtaudits@labcorp.com | Apr 29 2025 21:15:00 | Laboratory Corporation of America, POB 2240, Burlington, NC 27216 |
| 520081319 | ^ | MEBN | Apr 29 2025 21:18:15 | Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715, Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC 29715-0200 |
| 520081318 | ^ | MEBN | Apr 29 2025 21:18:15 | Matrix Financial Services Corporation, c/o Roundpoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518754200 | ^ | MEBN | Apr 29 2025 21:15:51 | Matrix Financial Services Corporation, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518642865 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 21:14:00 | PNC BANK, PO BOX 856177, Louisville, KY 40285 |
| 518726151 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 21:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518727331 | ^ | MEBN | Apr 29 2025 21:17:17 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518642866 | ^ | MEBN | Apr 29 2025 21:15:31 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 518642867 | + | Email/Text: bankruptcy@savit.com | Apr 29 2025 21:15:00 | Sa-Vit Collection Agency, 46 W. Ferris St East, East Brunswick, NJ 08816-2159 |
| 518642869 | + | EDI: CITICORP | Apr 30 2025 01:00:00 | Sears CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 518642870 | + | Email/Text: clientservices@simonsagency.com | Apr 29 2025 21:15:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 520450837 | ^ | MEBN | Apr 29 2025 21:18:02 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 520450838 | ^ | MEBN | Apr 29 2025 21:18:03 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, |

| | | | | |
|---|---|---|---|---|
| | | | | Fort Mill, SC 29715, TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC 29715-0200 |
| 518642871 | | Email/Text: bankruptcy@usalliance.org | Apr 29 2025 21:14:00 | US ALLIANCE FEDERAL CREDIT UNION, 411 THEODORE FREMD AVE, Rye, NY 10580 |
| 518759224 | | Email/Text: bankruptcy@usalliance.org | Apr 29 2025 21:14:00 | USAlliance Federal Credit Union, 411 Theodore Fremd Ave., Suite 350, Rye, NY 10580-4773 |
| 518642872 | + | EDI: VERIZONCOMB.COM | Apr 30 2025 01:00:00 | VERIZON, PO BOX 4830, Trenton, NJ 08650-4830 |
| 518740382 | + | EDI: AIS.COM | Apr 30 2025 01:00:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518754266 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518727332 | * | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 520588869 | *+ | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 518757126 | ##+ | Blair Realty, LLC, 200 Sheffield Street, Suite 305, Mountainside, NJ 07092-2315 |
| 518642868 | ##+ | SCHWEIGER DERMATOLOGY, 2701 QUEENS PLAZA NORTH, 10TH FL, Long Island City, NY 11101-4022 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

**Name** — **Email Address**

Chandra M. Arkema
  on behalf of Creditor Matrix Financial Services Corporation carkema@squirelaw.com

Denise E. Carlon
  on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
  on behalf of Creditor Matrix Financial Services Corporation dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com

Jamar Benjamin
  on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing  LLC jbenjamin@pincuslaw.com, brausch@pincuslaw.com

Jerome Blank
  on behalf of Creditor Matrix Financial Services Corporation jblank@pincuslaw.com  amautz@pincuslaw.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 29, 2025 | Form ID: 3180W | Total Noticed: 46 |

| | |
|---|---|
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Sarah K. McCaffery | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Matrix Financial Services Corporation smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Joint Debtor Nanine R. Lecour njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |
| Virginia E. Fortunato | on behalf of Debtor Jose L. Lecour njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 12