Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  19−34032−MEH
                       Chapter:  13
                       Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose L. Lecour | Nanine R. Lecour |
| 58 Wellington Ave. | aka Nanine R. Tucker |
| West Orange, NJ 07052 | 58 Wellington Ave. |
| | West Orange, NJ 07052 |

Social Security No.:
  xxx−xx−6128                              xxx−xx−3511

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 3, 2025</u>                  <u>Mark Edward Hall</u>
                                         Judge, United States Bankruptcy Court